IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GERALD E. MOBLEY,**

    **Plaintiff,**

v.                                           **Case No. 1:16cv313-MW/GRJ**

**TOBY S. MONACO,**
**Alachua County Judge,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on November 1, 2016.**

                                                            s/Mark E. Walker            
                                                            **United States District Judge**